# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jessica MaKowsky,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Civil No. 09-cv-3559 MJD/RLE |
| ) | |
| Central Credit Services, Inc.  ) | |
| Jane Doe 1 and Jane Doe 2,  ) | |
| ) | |
| Defendants.  ) | |

## ORDER

The Notice of Voluntary Dismissal, having been presented to the Court on behalf of Plaintiff, (Doc. No. 2), **IT IS ORDERED** that the above-entitled action be and the same hereby is dismissed with prejudice and on the merits, and without costs, disbursements or attorney fees to any party.

**BY THE COURT:**

Dated: March 15, 2010         s/Michael J. Davis
                              Michael J. Davis
                              Chief Judge
                              United States District Court